IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BILLIEJO MARIE ERWIN,

        Plaintiff,

-v-

LELAND DUDEK[1],
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.

Civil Action No.
5:23-CV-00613-GTS-ML

## STIPULATION FOR ATTORNEY FEES

**IT IS HEREBY STIPULATED** by and between Vernon Norwood, Special Assistant United States Attorney, for John A. Sarcone, III, the United States Attorney for the Northern District of New York, attorneys for the defendant herein, and Justin Goldstein, Esq., attorney for the Plaintiff, that the Commissioner of Social Security shall pay Plaintiff the sum of **$7,436.97** in attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

It is further agreed that Plaintiff is awarded costs under 28 U.S.C. § 1920 in the amount of $0.00 as this case was filed *in forma pauperis*.

DATED: April 7, 2025

| | |
|---|---|
| JOHN A. SARCONE, III<br>United States Attorney | HILLER COMERFORD INJURY<br>& DISABILITY LAW, PLLC<br>Attorneys for Plaintiff |
| BY: */s/ Vernon Norwood*<br>VERNON NORWOOD<br>Special Assistant U.S. Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration | BY: */s/ Justin Goldstein*<br>JUSTIN GOLDSTEIN<br>600 N. Bailey Ave, Suite 1A<br>Amherst, N.Y. 14226<br>(716) 564-3288<br>jgoldstein@hillercomerford.com |

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

6401 Security Boulevard
Baltimore, Maryland 21235
(212) 264-9471
vernon.norwood@ssa.gov

**SO ORDERED:**

_____
Glenn T. Suddaby
U.S. District Judge

___April 9_____, 2025